### 18269, 18270.   CROZIER *v.* THE STATE (two cases).

BLOODWORTH, J.  The defendant was convicted of carrying a pistol and of pointing a pistol at another.   The two cases were tried together. The motion for a new trial in each case is based on the general grounds only.   The evidence authorized the verdict, which was approved by

Criminal Law, 17 C. J. p. 252, n. 16; p. 271, n. 41.

the trial judge, and the judgments overruling the motions for a new trial are                    *Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1927.

Carrying pistol; pointing pistol; from Randolph superior court —Judge Yeomans.    May 11, 1927.

*R. A. Paterson,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.